AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Donato, James | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>10/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Santa Clara University Law School -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ThinkIngenius NorCal E-Discovery Program | 05/30/2014 | Sausalito, CA | CLE | Transportation |
| 2. | Santa Clara University School of Law | 04/10-12/2014 | Portland. OR | Conference | Transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 10/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Shearman & Sterling LLP | Contribution to induction ceremony reception | $11,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Vanguard 529 Plan -- Age-Based Income Portfolio | C | Int./Div. | L | T | | | | | |
| 3. Vanguard 529 Plan -- Age-Based Conservative Growth Portfolio | D | Int./Div. | M | T | | | | | |
| 4. Vanguard 529 Plan -- Age-Based Conservative Growth Portfolio | D | Int./Div. | M | T | | | | | |
| 5. Contributory IRA #1 | | | | | | | | | |
| 6. -- SPDR S&P 500 Index ETF | A | Int./Div. | J | T | Buy | 03/10/14 | J | A | |
| 7. Contributory IRA #2 | | | | | | | | | |
| 8. -- SPDR S&P 500 Index ETF | A | Int./Div. | J | T | Buy | 03/10/14 | J | A | |
| 9. Brokerage Account #1 | | | | | | | | | |
| 10. -- Schwab Advisor Cash Reserves Premier | A | Int./Div. | J | T | | | | | |
| 11. -- Pimco All Asset All Authority Instl | A | Int./Div. | K | T | | | | | |
| 12. -- Pimco Commodity Real Return Instl | A | Int./Div. | K | T | | | | | |
| 13. -- Pimco Low Duration Fund Bond | A | Int./Div. | M | T | | | | | |
| 14. -- Pimco Short Term Instl Bond | A | Int./Div. | L | T | | | | | |
| 15. -- TIAA-CREF Bond Fund Instl | A | Int./Div. | K | T | | | | | |
| 16. -- Vanguard Short-term Bond Index ADM | A | Int./Div. | L | T | | | | | |
| 17. -- Vanguard Total Bond Mkt Indx ADM | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- Pimco Real Return Instl Bond | A | Int./Div. | K | T | | | | | |
| 19.   -- Vanguard Infl Protected ADM Bond | A | Int./Div. | J | T | | | | | |
| 20.   -- Pimco Foreign Bond Hedged | A | Int./Div. | K | T | | | | | |
| 21.   -- Pimco Foreign Bond Unhedged | A | Int./Div. | K | T | | | | | |
| 22.   -- Powershares QQQ ETF | A | Int./Div. | K | T | | | | | |
| 23.   -- DFA Real Estate Securities | A | Int./Div. | K | T | | | | | |
| 24.   -- Ishares DJ Select Dividend ETF | A | Int./Div. | K | T | | | | | |
| 25.   -- SPDR S&P Index ETF | A | Int./Div. | L | T | | | | | |
| 26.   -- Vanguard Equity Income ADM | A | Int./Div. | L | T | | | | | |
| 27.   -- DFA US Large Cap Value | A | Int./Div. | L | T | | | | | |
| 28.   -- DFA U.S. Micro Cap | A | Int./Div. | K | T | | | | | |
| 29.   -- DFA U.S. Small Cap | A | Int./Div. | K | T | | | | | |
| 30.   -- DFA U.S. Small Cap Value | A | Int./Div. | K | T | | | | | |
| 31.   -- DFA Intl Small Company | A | Int./Div. | J | T | | | | | |
| 32.   -- DFA Small Cap Value | A | Int./Div. | J | T | | | | | |
| 33.   -- DFA Intl Value | A | Int./Div. | K | T | | | | | |
| 34.   -- Ishares MSCI EAFE Indx ETF | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 15

**Name of Person Reporting**

**Donato, James**

**Date of Report**

10/02/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Vanguard FTSE Dev Mkts ETF | A | Int./Div. | J | T | | | | | |
| 36. -- DFA Emerging Mkts Core Equity | A | Int./Div. | K | T | Buy | 10/03/14 | K | | |
| 37. --Pimco All Asset All Authority Instl | A | Int./Div. | K | T | | | | | |
| 38. -- Pimco Commodity Real Return Instl | A | Int./Div. | J | T | Buy | 10/06/14 | J | | |
| 39. -- SPDR S&P 500 Indx ETF | A | Int./Div. | J | T | Buy | 06/04/14 | J | | |
| 40. -- TIAA-Cref Bond Fund Instl | A | Int./Div. | K | T | Buy | 10/03/14 | K | | |
| 41. -- Vanguard FTSE Dev Mkts ETF | A | Int./Div. | J | T | Buy | 10/03/14 | J | | |
| 42. -- DFA U.S. Micro Cap | A | Int./Div. | J | T | Buy | 12/16/14 | J | | |
| 43. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | Buy | 12/16/14 | J | | |
| 44. -- Pimco Foreign Bond Hedged | A | Int./Div. | J | T | Buy | 12/29/14 | J | | |
| 45. -- Pimco Low Duration Fund | A | Int./Div. | J | T | Buy | 12/29/14 | J | | |
| 46. -- Vanguard Equity Income | A | Int./Div. | J | T | Buy | 12/17/14 | J | | |
| 47. -- Pimco Foreign Bond Hedged | A | Int./Div. | | | Sold | 10/03/14 | J | | |
| 48. -- Pimco Total Return Instl | A | Int./Div. | | | Sold | 10/03/14 | J | | |
| 49. -- Pimco Total Return Instl | A | Int./Div. | | | Sold | 10/03/14 | L | | |
| 50. Brokerage Account #2 | | | | | | | | | |
| 51. -- DFA CA Short Term Muni Bond | A | Int./Div. | K | T | Buy | 03/06/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- DFA Intl Core Equity | A | Int./Div. | K | T | Buy | 03/06/14 | K | | |
| 53. -- DFA U.S. Core Equity | A | Int./Div. | L | T | Buy | 03/06/14 | L | | |
| 54. -- Vanguard CA Intermediate Term Muni ADM | A | Int./Div. | L | T | Buy | 03/06/14 | L | | |
| 55. -- Vanguard Limited Term Tax Exempt ADM | A | Int./Div. | M | T | Buy | 03/06/14 | M | | |
| 56. -- Vanguard Limited Term Tax Exemot ADM | A | Int./Div. | J | T | Buy | 04/02/14 | J | | |
| 57. -- Vanguard Short Term Tax Exempt ADM | A | Int./Div. | K | T | Buy | 03/06/14 | K | | |
| 58. -- DFA CA Short Term Muni Bond | A | Int./Div. | | | Sold | 04/14/14 | J | | |
| 59. -- DFA U.S. Core Equity | A | Int./Div. | | | Sold | 04/14/14 | K | | |
| 60. -- DFA U.S. Core Equity | A | Int./Div. | | | Sold | 11/06/14 | J | | |
| 61. -- Vanguard CA Intermediate Term Muni ADM | A | Int./Div. | | | Sold | 04/14/14 | K | | |
| 62. -- Vanguard Limited Term Tax Exempt ADM | A | Int./Div. | | | Sold | 08/11/14 | K | | |
| 63. -- Vanguard Limited Term Tax Exempt ADM | A | Int./Div. | | | Sold | 11/06/14 | J | | |
| 64. -- Vanguard Short Term Tax Exempt ADM | A | Int./Div. | | | Sold | 04/14/14 | J | | |
| 65. Roth Conversion IRA #1 | | | L | T | | | | | |
| 66. Roth Conversion IRA #2 | | | L | T | | | | | |
| 67. Rollover IRA | C | Int./Div. | N | T | | | | | |
| 68. -- DFA Commodity Strategy | | | | | Buy | 10/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- DFA Emerging Mkts Core Equity | | | | | Buy | 05/08/14 | K | | |
| 70. -- DFA Intl Small Cap Value | | | | | Buy | 05/08/14 | J | | |
| 71. -- DFA Intl Small Cap Company | | | | | Buy | 05/08/14 | J | | |
| 72. -- DFA Intl Small Cap Company | | | | | Buy | 06/04/14 | J | | |
| 73. -- DFA Intl Value | | | | | Buy | 06/05/14 | J | | |
| 74. -- DFA U.S. Large Cap Value | | | | | Buy | 05/08/14 | K | | |
| 75. -- DFA U.S. Large Cap Value | | | | | Buy | 06/04/14 | J | | |
| 76. -- DFA U.S. Micro Cap | | | | | Buy | 05/08/14 | K | | |
| 77. -- DFA U.S. Small Cap Value | | | | | Buy | 05/08/14 | K | | |
| 78. -- Pimco Foreign Bond Hedged | | | | | Buy | 05/08/14 | J | | |
| 79. -- Pimco Foreign Bond Hedged | | | | | Buy | 06/04/14 | J | | |
| 80. -- Pimco Low Duration Fund | | | | | Buy | 05/09/14 | K | | |
| 81. -- Pimco Total Return Instl | | | | | Buy | 05/08/14 | J | | |
| 82. -- SPDR S&P 500 Index ETF | | | | | Buy | 05/08/14 | K | | |
| 83. -- SPDR S&P 500 Index ETF | | | | | Buy | 05/08/14 | L | | |
| 84. -- Vanguard Equity Income ADM | | | | | Buy | 06/04/14 | J | | |
| 85. -- Vanguard FTSE Dev Mkts ETF | | | | | Buy | 05/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- Vanguard FTSE Dev Mkts ETF | | | | | Buy | 06/04/14 | J | | |
| 87.  -- Vanguard Inflation Protected ADM | | | | | Buy | 06/04/14 | J | | |
| 88.  -- Vanguard Information Tech ETF | | | | | Buy | 05/08/14 | K | | |
| 89.  -- Vanguard REIT Index ETF | | | | | Buy | 05/08/14 | J | | |
| 90.  -- Vanguard REIT Index ETF | | | | | Buy | 05/08/14 | J | | |
| 91.  -- Vanguard Signal Total Bond Mkt Index | | | | | Buy | 05/08/14 | L | | |
| 92.  -- Vanguard Total Bond Mkt Index ADM | | | | | Buy | 06/04/14 | K | | |
| 93.  -- DFA U.S. Micro Cap | | | | | Buy | 12/16/14 | J | | |
| 94.  -- Pimco Foreign Bond Hedged | | | | | Buy | 12/29/14 | J | | |
| 95.  -- Pimco Total Return Instl | | | | | Sold | 10/03/14 | J | | |
| 96.  Brokerage Account #1 | | | | | | | | | |
| 97.  -- TIAA_Cref Bond Fund Instl | A | Int./Div. | K | T | | | | | |
| 98.  -- Pimco Real Return Intsl | A | Int./Div. | K | T | | | | | |
| 99.  -- Pimco Low Duration Fund | C | Int./Div. | M | T | | | | | |
| 100.  -- Pimco Short Term Instl | A | Int./Div. | L | T | | | | | |
| 101.  -- Pimco Foreign Bond Hedged | B | Int./Div. | K | T | | | | | |
| 102.  -- Vanguard Equity Income ADM | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- DFA U.S. Large Cap Value | B | Int./Div. | L | T | | | | | |
| 104. -- DFA Real Estate Securities | B | Int./Div. | K | T | | | | | |
| 105. -- DFA U.S. Micro Cap | B | Int./Div. | K | T | | | | | |
| 106. -- DFA Small Cap | A | Int./Div. | K | T | | | | | |
| 107. -- DFA Small Cap Value | B | Int./Div. | K | T | | | | | |
| 108. -- SPDR S&P 500 Index ETF | B | Int./Div. | L | T | | | | | |
| 109. -- DFA Intl Value | A | Int./Div. | K | T | | | | | |
| 110. -- DFA Emerging Mkts Core Equity | A | Int./Div. | K | T | | | | | |
| 111. -- DFA Intl Small Cap Value | A | Int./Div. | J | T | | | | | |
| 112. -- DFA Intl Small Company | A | Int./Div. | J | T | | | | | |
| 113. -- Ishares MSCI EAFE Index ETF | B | Int./Div. | L | T | | | | | |
| 114. Brokerage Account #2 | | | | | | | | | |
| 115. -- DFA Intl Core Equity | A | Int./Div. | K | T | | | | | |
| 116. Roth Conversion IRA #2 | | | | | | | | | |
| 117. -- Vanguard Information Tech ETF | A | Int./Div. | K | T | | | | | |
| 118. Rollover IRA | | | | | | | | | |
| 119. -- Vanguard Total Bond Market Index ADM | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Vanguard Inflation Protected ADM | A | Int./Div. | K | T | | | | | |
| 121. -- Pimco Foreign Bond Hedged | B | Int./Div. | K | T | | | | | |
| 122. -- DFA U.S. Micro Cap | B | Int./Div. | K | T | | | | | |
| 123. -- DFA U.S. Small Cap Value | A | Int./Div. | K | T | | | | | |
| 124. -- Vanguard Equity Income ADM | A | Int./Div. | J | T | | | | | |
| 125. -- SPDR S&P 500 Index ETF | A | Int./Div. | L | T | | | | | |
| 126. -- DFA Intl Small Company | A | Int./Div. | J | T | | | | | |
| 127. -- Vanguard FTSE Dev Mkts ETF | B | Int./Div. | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 10/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Donato**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544